IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE SKILLSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCK & COMPANY, INC., MCKESSON CORP., and DOES 1 - 100,<br><br>    Defendants. | CIV-S-05-2218 DFL GGH<br><br><br><br>ORDER |

    For the reasons stated by Judge Shubb in <u>Leeson v. Merck & Co., Inc., et al</u>, Civ. S-05-2240 WBS PAN slip op. (E.D. Cal. Jan. 27, 2006), defendant Merck & Co., Inc.'s motion to stay is GRANTED, plaintiff's motion to remand is DENIED WITHOUT PREJUDICE, and plaintiff's motion for attorneys' fees is DENIED.

    IT IS SO ORDERED.

Dated: 2/13/2006

                                       /s/ David F. Levi
                                       _____
                                       DAVID F. LEVI
                                       United States District Judge